[No. 29706-0-II. Division Two. December 30, 2003.]

DANIEL G. PERKINS, *Appellant*, v. DOUG WADDINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-2-00251-6, David E. Foscue, J., entered December 19, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 29993-3-II. Division Two. December 30, 2003.]

EMIEL A. KANDI, *Appellant*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-14054-7, Marywave Van Deren, J., entered February 19, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 50824-5-I. Division One. January 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MILDRED PADUA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10749-4, Donald D. Haley, J., entered July 15, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Kennedy, J.

[No. 51351-6-I. Division One. January 5, 2004.]

DENNIS JOHNSON, *Appellant*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-07190-2, James D. Cayce, J., entered October 17, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker, C.J., and Schindler, J.